473 A.2d 672

Commonwealth v. Stansfield, Appellant.

Argued

601

January 12, 1984. David J. Foster, for appellant; Katherene E. Holtzinger, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, DEL SOLE and MONTEMURO, JJ.

Judgment of sentence vacated. Case remanded for a new trial. Jurisdiction relinquished.